E-filing

1  ALAN KORN, SBN 167933
   LAW OFFICE OF ALAN KORN
2  1840 Woolsey Street
   Berkeley, California 94703
3  Ph. (510) 548-7300
   Fax: (510) 540-4821
4

5  Attorneys for Plaintiff
   John Klemmer dba Remohj Music
6

*ORIGINAL FILED*
*AUG – 5 2008*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF COURT*
*OAKLAND CALIFORNIA*

ADR

7            UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

10  JOHN KLEMMER dba REMOHJ MUSIC   )   Case No.  C08-03732  JCS

11                    Plaintiff,   )   **COMPLAINT FOR COPYRIGHT**
                                    )   **INFRINGEMENT**
12       v.                         )
                                    )   (17 U.S.C. §101  et seq.)
13  JABARI EVANS pka NALEDGE, an    )
    Individual, RAWKUS             )
14  ENTERTAINMENT, LLC, a Florida   )
    Limited Liability Company, MAJOR )
15  LEAGUE ENTERTAINMENT N.Y.C., INC., )
    a New York Corporation, ANTHONY )
16  THEODORE pka DYNAS, an Individual, )   **DEMAND FOR JURY TRIAL**
    WALLY OYEJIDE pka SCIENCE FICTION, )
17  an Individual and ALJERA MUSIC, INC., a )
    Georgia Corporation,            )
18                                  )
19                    Defendants.   )
                                   /
20

21            **JURISDICTION AND VENUE**

22       1.    This Court has jurisdiction of the subject matter for this claim under the

23  provisions of 28 U.S.C. §1338(a), because this action arises under an Act of Congress relating to

24  Copyrights, the Copyright Act of 1976, Pub. L. 94-553, 90 Stat. 2541 *et seq.* 17 U.S.C. 101 *et*

25  *seq.*

**COMPLAINT FOR COPYRIGHT INFRINGEMENT – PAGE 1**

2.      This Court has jurisdiction of the subject matter of this claim under the provisions of 28 U.S.C. §1331, because the action arises under the laws of the United States, specifically the above-cited Copyright Act of 1976.

3.      Venue is properly laid in the District Court for the Central District of California pursuant to 28 U.S.C. § 1391(b), and § 1391(c), since, *inter alia*, the causes of action asserted arose from or are connected with purposeful acts committed by the individual Defendants in this District, and the corporate and individual Defendants named herein are doing business, and therefore reside, in this District.

## PARTIES

4.      Plaintiff John Klemmer dba Remohj Music. ("KLEMMER") is an individual, residing within the State of California. Plaintiff is a critically acclaimed jazz saxophonist and composer, and author of the copyrighted composition *Free Soul* ("*Free Soul*") which Plaintiff alleges was copied without permission by each of the Defendants named herein.

5.      Plaintiff is, and at all relevant times was, a domiciliary of the United States.

6.      Defendant Jabari Evans pka "Naledge" ("EVANS") is a professional recording artist, performer and composer who is the author of the musical composition and sound recording *Clothes, Hoes N Liquer*, which copies qualitatively and quantitatively substantial excerpts from *Free Soul*. Plaintiff is informed and believes and thereon alleges that EVANS is responsible in some manner for the occurrences herein alleged, and that Plaintiff's injuries herein were proximately caused by the acts or omissions of EVANS.

7.      Defendant Major League Entertainment N.Y.C., Inc. ("MAJOR LEAGUE") is a New York corporation existing under the laws of the State of New York. On information and belief, MAJOR LEAGUE is, and at all times herein mentioned was, doing business within the

1   State of California as a record company and management company involved in the business of

2   authorizing the reproduction and distribution of recordings and compositions, including *Clothes,*

3   *Hoes N Liquer*, and collecting income arising thereby.

4       8.      Defendant Anthony Theodore pka "Dynas" ("THEODORE") is a professional

5   recording artist, performer and composer who is the author of the musical composition and

6   sound recording *Saturday*, which copies qualitatively and quantitatively substantial excerpts

7   from *Free Soul*. Plaintiff is informed and believes and thereon alleges that THEODORE is

8   responsible in some manner for the occurrences herein alleged, and that Plaintiff's injuries herein

9   were proximately caused by the acts or omissions of THEODORE.

10

11      9.      Defendant Rawkus Entertainment, LLC ("RAWKUS") is a Florida Limited

12  Liability Company existing under the laws of the State of Florida. On information and belief,

13  RAWKUS is, and at all times herein mentioned was, doing business within the State of

14  California as a record company involved in the business of authorizing the reproduction and

15  distribution of recordings and compositions, including the compositions *Clothes, Hoes N Liquer*

16  and *Saturday*, and collecting income arising thereby.

17      10.     Defendant Wale Oyejide pka "Science Fiction" pka "Angry Robot Records"

18  ("OYEJIDE") is a professional recording artist, performer and composer who is the author of the

19  musical composition and sound recording *Live from WSCFI* which copies qualitatively and

20  quantitatively substantial excerpts from *Free Soul*. Plaintiff is informed and believes and thereon

21  alleges that OYEJIDE is in some manner responsible for the occurrences herein alleged, and that

22  Plaintiff's injuries herein were proximately caused by the acts or omissions of OYEJIDE.

23

24      11.     Defendant Aljera Music, Inc. ("ALJERA") is a Georgia corporation existing

25  under the laws of the State of Georgia. On information and belief, ALJERA is, and at all times

**COMPLAINT FOR COPYRIGHT INFRINGEMENT – PAGE 3**

herein mentioned was, doing business within the State of California as a record company involved in the business of authorizing the reproduction and distribution of recordings and compositions. including *Live From WSCFI*. and collecting income arising thereby.

## BACKGROUND OF LITIGATION

12.    Plaintiff John Klemmer, an internationally recognized jazz saxophonist and composer who has sold millions of records throughout his career, is the sole author of the composition *Free Soul*. which was written in approximately 1969.  Said composition contains material original with Plaintiff. which original material constitutes copyrightable subject matter under the laws of the United States.  The composition *Free Soul* is subject to copyright registration as a musical work. United States Copyright Registration Certificate No. Eu112980 issued by the Register of Copyrights on April 29. 1969, a true and correct copy of which is attached as **Exhibit A,** and which is incorporated herein by this reference.

13.    All rights in and to the musical composition *Free Soul* were assigned to Plaintiff pursuant to an Assignment of Copyright dated March 31. 1978, a true and correct copy of which is attached as **Exhibit B,** and which is incorporated herein by reference.

14.    Since March 31, 1978, Plaintiff John Klemmer, dba Remohj Music, has been, and remains. the proprietor of the statutory copyright in *Free Soul*, and is duly possessed of all rights, title and interest therein.

15.    In or about 1969, Plaintiff recorded the composition *Free Soul* pursuant to Plaintiff's exclusive recording agreement with Impulse Records. The sound recording of *Free Soul* (the "Master") was subsequently issued on Plaintiff's 1969 LP entitled "Blowin' Gold." A true and correct copy of the Master recording embodying the composition *Free Soul* is attached

hereto on the accompanying CD-R as **Exhibit C, Track 1**, and incorporated herein by this reference.

16.   The musical composition *Free Soul* is one of Plaintiff's signature songs, and this composition has been digitally sampled by numerous hip-hop recording artists since the 1980s, including such songs as *Lil Paul* by recording artist MC Lyte, *Less Than Zero* by recording artist Ed OG & Da Bulldogs. *Blah Uno* by recording artist Pete Rock, *Leave Ya With This* by recording artist Kurious, and *No Justice, No Peace* by recording artist Rondo & Crazy Rak.

### FIRST CAUSE OF ACTION
### Copyright Infringement
### (Defendants Evans, Major League and Rawkus)

17.   Plaintiff repeats and realleges each of the allegations set forth in Paragraphs 1 through 16 inclusive, and by this reference incorporates the same as though fully set forth herein.

18.   On information and belief, Plaintiff alleges that in or about 2006. Defendant EVANS created the composition and recording *Clothes, Hoes N Liquer* by copying qualitatively and quantitatively substantial and recognizable passages from Plaintiff's musical composition *Free Soul* and looping these passages throughout his recording of *Clothes, Hoes N Liquer*. A true and correct digital audio copy the EVANS recording of *Clothes, Hoes N Liquer* is attached hereto on the accompanying CD-R as **Exhibit C, Track 2**, and incorporated herein by this reference.

19.   Notwithstanding the above. at no time was Plaintiff contacted by EVANS or any other Defendant concerning the copying of *Free Soul* throughout the derivative recording and composition *Clothes, Hoes N Liquer* by Defendants.

///

1    20.    Defendants' failure to secure Plaintiff's permission with respect to the derivative

2    use of his composition *Free Soul* violated Plaintiff's rights under the Copyright Act, because

3    Plaintiff retained the exclusive right under the Copyright Act to authorize the adaptation,

4    reproduction, performance and distribution of *Free Soul*. including the exclusive right to

5    authorize the creation of derivative recordings based on his composition *Free Soul*.

6    21.    On information and belief. Plaintiff alleges that in or about 2006 or 2007

7    Defendant EVANS entered into a recording and/or distribution deal with Defendants MAJOR

8    LEAGUE and RAWKUS relating to *Clothes, Hoes N Liquer*.  Pursuant to these agreements,

9    Defendant EVANS granted MAJOR LEAGUE and RAWKUS certain rights in and to the

10    recording of *Clothes, Hoes N Liquer*.  Plaintiff alleges that the reproduction. distribution, public

11    performance and exploitation of *Clothes Hoes N Liquer* by EVANS, RAWKUS and MAJOR

12    LEAGUE violated Plaintiff's exclusive rights in and to the composition *Free Soul* under the

13    Copyright Act, and that said Defendants profited thereby.

14    22.    In or about 2006 and thereafter, Defendants and each of them infringed the

15    statutory copyright in *Free Soul*, by authorizing without permission the duplicating of a

16    substantial part of *Free Soul* in phonorecords reproducing the sound recording *Clothes. Hoes N*

17    *Liquer*, including without limitation, in connection with the compilation entitled "Rawkus

18    Presents: The Cleaner Vol. 02". on the album entitled "Naledge is Power." on the album entitled

19    "King of Chi-Town Vol. 2," on the album entitled "Kidz in the Hall and Mick Boogie Present:

20    Detention." "Various Artists - Bridging The Gap – Vol. 2" and on the 12" vinyl EP entitled

21    "Will Rap for Food" (MPM-0520), as well as through digital distribution and sale of audio files

22    containing the song *Clothes, Hoes N Liquer* over the internet. including via iTunes,

23    Amazon.com, Rhapsody and Imeem.com, and by participating in and furthering such infringing

**COMPLAINT FOR COPYRIGHT INFRINGEMENT – PAGE 6**

acts or sharing in the proceeds therefrom. True and correct photocopies depicting some of the above releases are attached hereto as **Exhibit D**, and incorporated herein by this reference.

23.     Plaintiff alleges that each publication, reproduction. distribution and/or performance of *Clothes. Hoes N Liquer* as set forth above. constitutes an infringement of the composition *Free Soul* under the Copyright Act, and that Plaintiff is entitled to recover statutory damages in connection with such infringing acts pursuant to 17 U.S.C. § 504. based on the registration of *Free Soul* with the Register of Copyrights prior to the commencement of said infringing acts.

24.     Plaintiff has complied with all statutory requirements and applied to secure federal statutory copyright for the composition *Free Soul* under the copyright laws of the United States. As a direct and proximate result of these violations, Plaintiff has suffered actual damages and Defendants have profited from the unauthorized use of Plaintiff's work in violation of his copyright. The exact extent of actual damage suffered by Plaintiff and profited by Defendants is as yet not ascertained, as the total nature and extent of all unauthorized uses of *Free Soul* by Defendants is presently unknown. Plaintiff prays leave to amend this Complaint to set forth additional unauthorized uses of *Free Soul* by Defendants, and the exact nature of actual damages suffered and the gross revenues received by Defendants in connection with such unauthorized uses. in an amount according to proof at trial.

**SECOND CAUSE OF ACTION**
**Copyright Infringement**
**(Defendants Theodore and Rawkus)**

25.     Plaintiff repeats and realleges each of the allegations set forth in Paragraphs 1 through 16 inclusive, and by this reference incorporates the same as though fully set forth herein.

26     On information and belief, Plaintiff alleges that in or about 2007 or 2008,

**COMPLAINT FOR COPYRIGHT INFRINGEMENT – PAGE 7**

1    Defendant THEODORE created the composition and recording *Saturday* by copying

2    qualitatively and quantitatively substantial and recognizable passages from Plaintiff's musical

3    composition *Free Soul* and looping these passages throughout the recording of *Saturday*. A true

4    and correct digital audio copy of THEODORE's recording of *Saturday* is attached hereto on the

5    accompanying CD-R as **Exhibit C, Track 3**. and incorporated herein by this reference.

6          27.     Notwithstanding the above. at no time was Plaintiff contacted by THEODORE or

7    any other Defendant concerning the copying of *Free Soul* throughout the derivative composition

8    and recording of *Saturday* by Defendants.

9

10         28.     Defendants' failure to secure Plaintiff's permission with respect to the derivative

11   use of his composition *Free Soul* violated Plaintiff's rights under the Copyright Act. because

12   Plaintiff retained the exclusive right under the Copyright Act to authorize the adaptation.

13   reproduction, performance and distribution of *Free Soul*, including the exclusive right to

14   authorize the creation of derivative works based on his composition *Free Soul*.

15         29.     On information and belief, Plaintiff alleges that in or about 2007 Defendant

16   THEODORE entered into a recording and/or distribution deal with Defendant RAWKUS

17   relating to his sound recording of *Saturday*. Pursuant to these agreements. Defendant

18   THEODORE granted RAWKUS certain rights in and to the recording of *Saturday*. Plaintiff

19   alleges that the reproduction, distribution, public performance and exploitation of *Saturday* by

20   THEODORE and RAWKUS violated Plaintiff's exclusive rights in and to the composition *Free*

21   *Soul* under the Copyright Act. and that said Defendants profited thereby.

22

23         30.     In or about 2007 or thereafter. Defendants THEODORE and RAWKUS infringed

24   the statutory copyright in *Free Soul*, by authorizing without permission the duplicating of a

25   substantial part of *Free Soul* in phonorecords containing the recording *Saturday*, including

without limitation, the compilation disc entitled "Rawkus 50 Presents: Me. Myself & Rhymes." and on 12" vinyl records, and through digital distribution and sale of audio files over the Internet, including via iTunes. Amazon.com and Rhapsody, and by participating in and furthering such infringing acts or sharing in the proceeds therefrom. True and correct photocopies depicting some of the above releases are attached hereto as **Exhibit E**, and incorporated herein by this reference.

31.    Plaintiff alleges that each publication, reproduction, distribution and/or performance of *Saturday* as set forth above. constitutes an infringement of the composition *Free Soul* under the Copyright Act, and that Plaintiff is entitled to recover statutory damages in connection with such infringing acts pursuant to 17 U.S.C. § 504. based on the registration of *Free Soul* with the Register of Copyrights prior to the commencement of said infringing acts.

32.    Plaintiff has complied with all statutory requirements and applied to secure federal statutory copyright for the composition *Free Soul* under the copyright laws of the United States. As a direct and proximate result of these violations, Plaintiff has suffered actual damages and Defendants have profited from the unauthorized use of Plaintiff's work in violation of his copyright. The exact extent of actual damage suffered by Plaintiff and profited by Defendants is as yet not ascertained, as the total nature and extent of all unauthorized uses of *Free Soul* by Defendants is presently unknown. Plaintiff prays leave to amend this Complaint to set forth additional unauthorized uses of *Free Soul* by Defendants. and the exact nature of actual damages suffered and the gross revenues received by Defendants in connection with such unauthorized uses. in an amount according to proof at trial.

///

///

**THIRD CAUSE OF ACTION**
**Copyright Infringement**
**(Defendants Oyejide and Aljera)**

33.    Plaintiff repeats and realleges each of the allegations set forth in Paragraphs 1 through 16 inclusive, and by this reference incorporates the same as though fully set forth herein.

34.    On information and belief, Plaintiff alleges that in or about 2003, Defendant OYEJIDE created the composition and recording *Live from WSCFI* by copying qualitatively and quantitatively substantial and recognizable passages from Plaintiff's sound recording of *Free Soul* and looping these passages throughout his recording of *Live From WSCFI*. A true and correct digital audio copy of OYJIDE's recording of *Live From WSCFI* is attached hereto on the accompanying CD-R as **Exhibit C, Track 4**, and incorporated herein by this reference.

35.    Notwithstanding the above, at no time was Plaintiff contacted by OYEJIDE or any other Defendant concerning the copying of *Free Soul* throughout the composition and recording of *Live From WSCFI* by Defendants.

36.    Defendants' failure to secure Plaintiff's permission with respect to the derivative use of his composition *Free Soul* violated Plaintiff's rights under the Copyright Act, because Plaintiff retained the exclusive right under the Copyright Act to authorize the adaptation, reproduction, performance and distribution of *Free Soul*, including the exclusive right to authorize the creation of derivative works based on his composition *Free Soul*.

37.    On information and belief, Plaintiff alleges that in or about 2007 or 2008 Defendant OYEJIDE entered into a recording and/or distribution deal with Defendant ALJERA relating to distribution of the sound recording of *Live From WSCFI*. Pursuant to his agreement, Defendant OYEJIDE granted ALJERA certain rights in and to the recording of *Live From WSCFI*. Plaintiff alleges that the reproduction, distribution, public performance and exploitation

COMPLAINT FOR COPYRIGHT INFRINGEMENT – PAGE 10

of Live From WSCFI by OYEJIDE and ALJERA violated Plaintiff's exclusive rights in and to the composition *Free Soul* under the Copyright Act, and that said Defendants profited thereby.

38.     In or about 2008 Defendants OYEJIDE and ALJERA infringed the statutory copyright in *Free Soul*, by duplicating a substantial part of *Free Soul* in phonorecords and/or digital files containing the recording *Live From WSCFI*, including without limitation, on the compact disc entitled "Walls Don't Exist" released under OYEJIDE's professional pseudonym "Science Fiction," and through the digital distribution and sale of audio files over the Internet, including via Amazon.com and the Livewire Store, and by participating in and furthering such infringing acts or sharing in the proceeds therefrom.   True and correct photocopies depicting some of the above releases are attached hereto as **Exhibit F**, and incorporated herein by this reference.

39.     Plaintiff alleges that each publication, reproduction, distribution and/or performance of *Live From WSCFI* as set forth above, constitutes an infringement of the composition *Free Soul* under the Copyright Act, and that Plaintiff is entitled to recover statutory damages in connection with such infringing acts pursuant to 17 U.S.C. § 504, based on the registration of *Free Soul* with the Register of Copyrights prior to the commencement of said infringing acts.

40.     Plaintiff has complied with all statutory requirements and applied to secure federal statutory copyright for the composition *Free Soul* under the copyright laws of the United States.   As a direct and proximate result of these violations, Plaintiff has suffered actual damages and Defendants have profited from the unauthorized use of Plaintiff's work in violation of his copyright.   The exact extent of actual damage suffered by Plaintiff and profited by Defendants is as yet not ascertained, as the total nature and extent of all unauthorized uses of *Free Soul* by

Defendants is presently unknown. Plaintiff prays leave to amend this Complaint to set forth additional unauthorized uses of *Free Soul* by Defendants, and the exact nature of actual damages suffered and the gross revenues received by Defendants in connection with such unauthorized uses, in an amount according to proof at trial.

**WHEREFORE,** Plaintiff prays judgment against each of the Defendants identified above, as follows:

1.  That this Court grant a permanent injunction forever enjoining Defendants, Defendants' servants, and agents, and anyone acting on behalf of Defendants, from directly or indirectly using Plaintiff's composition *Free Soul* or any other work based upon *Free Soul* in any manner which infringes upon the copyright in Plaintiff's composition.

2.  Direct Defendants, and each of them, to file with the Court and serve on Plaintiff a report setting forth the manner and form in which compliance with said permanent injunction against infringement has been made.

3.  At the election of Plaintiff, said election to be made at any time before entry of final judgment, as authorized by 17 U.S.C. §504, that Defendants, and each of them, be required to pay damages to Plaintiff of either:

(a)  Such actual damage as Plaintiff has sustained as a consequence of Defendants' infringement of Plaintiff's copyright, together with any profits of Defendants that are attributable to said infringement and are not taken into account in computing said actual damages pursuant to 17 U.S.C. §504(b); or

(b)  Statutory damages in the sum of one hundred and fifty thousand dollars ($150,000.00) for each willful infringement by Defendants of Plaintiff's copyright in *Free Soul*, as authorized by 17 U.S.C. §504(c)(2).

**COMPLAINT FOR COPYRIGHT INFRINGEMENT – PAGE 12**

4.      That Defendants. and each of them, be ordered to render an accounting to Plaintiff of the gross receipts obtained from their exploitation of the derivative compositions and sound recordings *Clothes, Hoes N Liquer, Saturday, From WSCFI* and other derivatives based thereon. in which Plaintiff's composition *Free Soul* was commercially utilized, through the date that each Defendant ceases their infringing use.

5.      That the Court impose a constructive trust upon such sums by which it may be found Defendants have been unjustly enriched, and for such other forms of equitable and legal relief as may be reasonable including but not limited to declaratory judgment and findings in favor of Plaintiff.

6.      That Defendants be ordered to reimburse Plaintiff his attorneys' fees and reasonable costs incurred in connection with the aforementioned action: and

7.      For such other and further relief as the Court deems just and appropriate in the premises.

### JURY DEMAND

Plaintiff respectfully demands a jury trial of all issues in this case.

Dated: August 5, 2008

LAW OFFICE OF ALAN KORN

By: _____

ALAN KORN
Attorneys for Plaintiff
John Klemmer, dba
Remohj Music

*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

# ADDITIONAL CERTIFICATE OF REGISTRATION
## OF A CLAIM TO COPYRIGHT



THIS IS TO CERTIFY THAT THE STATE-
MENTS SET FORTH IN THE ATTACHED
HAVE BEEN MADE A PART OF THE
RECORDS OF THE COPYRIGHT OFFICE
WITH CLAIM OF COPYRIGHT REGIS-
TERED UNDER NUMBER
Eu 112980

IN TESTIMONY WHEREOF,
THE SEAL OF THIS OFFICE IS
AFFIXED HERETO ON

June 4, 1986

REGISTER OF COPYRIGHTS

C-731 October 1982-20,000

EXHIBIT A-1

Page 1

# Application for Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United
States of America or which was first published in the United States of America



FORM E

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **E** | Eu 112980 |
| | DO NOT WRITE HERE |
| | EP        EU |

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, together with:

(a) If unpublished, one complete copy of the work and the registration fee of $6.

(b) If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name ...... HEAVY MUSIC, INC.

Address ...... 320 E. 21st St., Chicago, Ill.

Name ......

Address ......

**2. Title:** ...... FREE SOUL
(Give the title of the musical composition as it appears on the copies)

**3. Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. Organizations formed under U.S. Federal or State law are U.S. citizens.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name ...... John Klemmer ......        Citizenship: U.S.A. X .... Other ......
(Give legal name followed by pseudonym if latter appears on the copies)        (Check if U.S. citizen)        (Name of country)

Domiciled in U.S.A. Yes X. No .... Address 5536 Franklin, Hollywood,  Author of .. Music ......
Calif.        (State which: words, music, arrangement, etc.)

Name ......        Citizenship: U.S.A. ...... Other ......
(Give legal name followed by pseudonym if latter appears on the copies)        (Check if U.S. citizen)        (Name of country)

Domiciled in U.S.A. Yes .... No .... Address ......  Author of ......
(State which: words, music, arrangement, etc.)

Name ......        Citizenship: U.S.A. ...... Other ......
(Give legal name followed by pseudonym if latter appears on the copies)        (Check if U.S. citizen)        (Name of country)

Domiciled in U.S.A. Yes .... No .... Address ......  Author of ......
(State which: words, music, arrangement, etc.)

**▶▶ NOTE:** Leave all spaces of line 4 blank unless your work has been PUBLISHED. ◀◀

**4. (a) Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made or printed, or the date when the work was performed should not be confused with the date of publication. (NOTE: The full date (month, day, and year) must be given.)

...... ...... ......
(Month)        (Day)        (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first published.

......

**▶▶ NOTE:** Leave all spaces of line 5 blank unless the instructions below apply to your work. ◀◀

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ...... No ...... Date of registration ...... Registration number ......

Was work previously published? Yes ...... No ...... Date of publication ...... Registration number ......

Is there any substantial **NEW MATTER** in this version? Yes ......... No ......... If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

EXHIBIT A-2

| EXAMINER |
|----------|
| |

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

..................................................................................................................................

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name  Marshall Chess, HEAVY MUSIC, INC.  Address 320 E. 21st St., Chicago, Ill

8. Send certificate to:

(Type or
print
name and
address)

Name  HEAVY MUSIC, INC.

Address  320 East 21st Street
(Number and street)

Chicago                Illinois              60616
(City)                  (State)              (ZIP code)

9. Certification:

(Application not
acceptable
unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

.................................................................
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A    Form A—Published book manufactured in the United States of America.

Class A    Form A-B Foreign—Book or periodical manufactured outside the United States of America (except works subject to
or B       the ad interim provisions of the copyright law).
           Form A-B Ad Interim—Book or periodical in the English language manufactured and first published outside the
           United States of America.

Class B    Form B—Periodical manufactured in the United States of America.
           Form BB—Contribution to a periodical manufactured in the United States of America.

Class C    Form C—Lecture or similar production prepared for oral delivery.

Class D    Form D—Dramatic or dramatico-musical composition

Class E    Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or
           which was first published in the United States of America.
           Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of
           America and which was not first published in the United States of America.

Class F    Form F—Map.

Class G    Form G—Work of art or a model or design for a work of art

Class H    Form H—Reproduction of a work of art.

Class I    Form I—Drawing or plastic work of a scientific or technical character.

Class J    Form J—Photograph.

Class K    Form K—Print or pictorial illustration.
           Form KK—Print or label used for an article of merchandise.

Class L    Form L-M—Motion picture.
or M

           Form R—Renewal copyright.

           Form U—Notice of use of copyrighted music or mechanical instruments.

FOR COPYRIGHT OFFICE USE ONLY

Application received
APR 29 1966

One copy received
APR 29 1966

Two copies received

Fee received

EXHIBIT A-3

## ASSIGNMENT OF COPYRIGHT

    For good and valuable consideration, the undersigned, Heavy Music, Inc. does hereby assign, transfer, set over and convey to REMOHJ MUSIC, c/o John T. Frankenheimer, Loeb and Loeb, 10100 Santa Monica Boulevard, 22nd Floor, Los Angeles, California, 90067, all rights in and to those certain musical compositions now entitled "CHILDREN OF THE EARTH FLAME", "EXCURSION NUMBER TWO", "FREE SOUL", "MY HEART SINGS" and "MY LOVE HAS BUTTERFLY WINGS", written and composed by John Klemmer, including the copyrights therein (Registration Nos. EU 112978, EU 112979, EU 112980, EU 112982 and EU 112983, respectively) and any renewals or extension thereof in the United States of America, and all copyright and proprietary rights therein elsewhere throughout the universe, and further including any and all versions of said musical composition and all copyrights and renewals and extensions of copyrights in such other versions in the United States of America and elsewhere throughout the world, and further including any and all causes of action for infringement of the same, past and present, future, and all of the proceeds from the fore-going accrued and unpaid and hereafter accruing.

    DATE:    March 31, 1978.

HEAVY MUSIC, INC.

By

STATE OF CALIFORNIA    )
    ) ss.
COUNTY OF    )

    On _March 28_____, 1978, before me, the under-signed, a Notary Public in and for said County, personally appeared _J. S. Klenshfield_____, known to me to be the person whose name is subscribed to the within instrument, and acknowledged that he signed the within instrument on on behalf of Heavy Music, Inc.

    Witness my hand and official seal.

_Carol A. Roberts_
NOTARY PUBLIC

OFFICIAL SEAL
CAROL A. ROBERTS
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My comm. expires OCT 5, 1980

EXHIBIT _B_



Exhibit C

Track 1          Free Soul
Track 2          Clothes, Hoes N Liquer
Track 3          Saturday
Track 4          Live From WSCFI

EXHIBIT C

Shopping for college essentials? |
Sponsored by Microsoft

Hello. Sign in to get personalized recommendations. New customer? Start here

Your Amazon.com          Today's Deals          Gifts & Wish Lists          Gift Cards          Your Account   Help

**MP3 Downloads**

| MP3 Downloads | Getting Started | Top Downloads | New & Future Releases | Install The MP3 Downloader | Amazon MP3 Support | Music CDs |



See larger image

Share your own customer images

### Clothes, Hoes, & Liquor [Explicit]
by Naledge
From the Album Naledge (Kidz In The Hall) - Naledge Is Power [Explicit]

Price: **$0.89**

No customer reviews yet. Be the first.

**Original Release Date:** November 6, 2007

**Format:** MP3, 256 kbps What's this?

 **Buy MP3 song with 1-Click**

Redeem a gift card or promotion code

**Amazon MP3 Downloader**

Make downloading songs even easier with this tiny application. Get it free

**MP3 Song**

| | Song Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| ▶ | Clothes, Hoes, & Liquor [Explicit] | Naledge | 1:29 | $0.89 | Buy MP3 |

Sold by Amazon Digital Services, Inc. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** November 6, 2007

**Label:** Major League Entertainment

**Copyright:** 2007 Major League Entertainment

**Song Length:** 1:29 minutes

**Genres:** Rap & Hip-Hop, Rap & Hip-Hop/General

**Format:** Explicit Lyrics

**ASIN:** B0010DTGI8

**Average Customer Review:** No customer reviews yet. Be the first.

## Rate This Item to Improve Your Recommendations

Sign in to rate this item

I own it

## Customer Reviews

There are no customer reviews yet.          Create your own review

### Video reviews



**New feature!** Amazon now allows customers to upload product video reviews. Use a webcam or video camera to record and upload reviews to Amazon.



UNIVERSAL STUDIO HOLLYWOOD

The Entertainment Capital of L.A.

FRONT OF LINE PASS

Skip the Lines!

Learn More

## Customer Discussions Beta (What's this?)

EXHIBIT D-1

Hello. Sign in to get personalized recommendations. New customer? Start here

Get schooled in college essentials
Sponsored by Microsoft

Your Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Cards    Your Account | Help

MP3 Downloads

MP3 Downloads    Getting Started    Top Downloads    New & Future Releases    Install The MP3 Downloader    Amazon MP3 Support    Music CDs



See larger image
Share your own customer images

### Naledge (Kidz In The Hall) - Naledge Is Power [Explicit]
by Naledge (Kidz In the Hall)

Price **$6.99**
Album Savings: $0.13 compared to buying all songs

No customer reviews yet. Be the first.

Original Release Date: November 6, 2007

Format: MP3, 256 kbps What's this?

🔘 Buy MP3 album with 1-Click*

Redeem a gift card or promotion code

Requires Amazon MP3 Downloader

**Amazon MP3 Downloader**

Make downloading songs even easier with this tiny application. Get it free

MP3 Songs

| Song Title | Artist | Time | Price | |
|---|---|---|---|---|
| 1. Intro [Explicit] | Naledge | 0:58 | $0.89 | Buy MP3 |
| 2. Clothes, Hoes, & Liquor [Explicit] | Naledge | 1:29 | $0.89 | Buy MP3 |
| 3. Never Forget [Explicit] | Naledge | 1:05 | $0.89 | Buy MP3 |
| 4. Life [Explicit] | Naledge | 2:42 | $0.89 | Buy MP3 |
| 5. Shit That I Wrote [Explicit] | Naledge | 1:57 | $0.89 | Buy MP3 |
| 6. Therapy [Explicit] | Naledge | 1:42 | $0.89 | Buy MP3 |
| 7. Happy Hour [Explicit] | Naledge | 1:50 | $0.89 | Buy MP3 |
| 8. Hear That Shit [Explicit] | Naledge | 3:36 | $0.89 | Buy MP3 |

Sold by Amazon Digital Services, Inc. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details
**Original Release Date:** November 6, 2007
**Label:** Major League Entertainment
**Copyright:** 2007 Major League Entertainment
**Genres:** Rap & Hip-Hop, Rap & Hip-Hop/General
**Format:** Explicit Lyrics
**ASIN:** B0010DNSKA
**Average Customer Review:** No customer reviews yet. Be the first.
**Amazon.com Sales Rank:** #95,547 in MP3 Albums (See Bestsellers in MP3 Albums)

## Rate This Item to Improve Your Recommendations
Sign in to rate this item

## Customer Reviews

There are no customer reviews yet.    Create your own review

### Video reviews
**New feature!** Amazon now allows customers to upload product video reviews. Use a webcam or video camera to record and upload reviews to Amazon.

EXHIBIT D-2

File  Edit  Controls  View  Store  Advanced  Help                                iTunes                                                     □□(X)

◄◄  ►  ►►                                                        Q naledge
                                                                                              View        Search iTunes Store

LIBRARY
🎵 Music              ◄  ►  🏠  ⟩ Music ⟩ Hip-Hop/Rap ⟩ Naledge (Kidz in the Hall) ⟩ Naledge Is Power       aekarn@ipc.org
🎬 Movies
📺 TV Shows           **Naledge (Kidz in the Hall)**
📻 Podcasts
📻 Radio                              **Naledge Is Power**                                SEE ALL ALBUMS
🔔 Ringtones                          Genre: Hip-Hop/Rap
                                      Released Dec 20, 2007                              ALERT ME
STORE                                 (p) 2007 Major League Entertainment
                                      Complete My Album for $5.00  BUY                   TELL A FRIEND
🛒 Purchased                          Regular Price $5.99
                                      Offer Expires: Nov 05, 2008                        TOP SONGS              See All
▼ PLAYLISTS                           See Previously Purchased Songs ⊕                   Wheelz Fall Off (05' Till)
🎵 Party Shuffle                      Show Full Album ⊕                                   Clothes, Hoes & Liquor
🎵 90's Music                                                                            Hear That S**t
🎵 Music Videos                                                                          Gotta Be That Way
🎵 My Top Rated                                                                          Itz You
🎵 Recently Played
🎵 Top 25 Most Played                 **CUSTOMER REVIEWS**                               TOP RINGTONES          See All
                                      Be the first to write a review ⊕                   Itz You
○  Now Playing

| ▲ | Name | | Time | Artist | | Album | | Price | | Popularity |
|---|------|---|------|--------|---|-------|---|-------|---|------------|
| 1 | Intro | EXPLICIT | 0:56 | Naledge (Kidz in t... | ○ | Naledge Is Power | | $0.99 BUY SONG | | |
| 2 | Clothes, Hoes & Liquor | EXPLICIT | 1:29 | Naledge (Kidz in t | ○ | Naledge Is Power | | $0.99 BUY SONG | | |
| 3 | Never Forget | EXPLICIT | 1:05 | Naledge (Kidz in t | ○ | Naledge Is Power | | $0.99 BUY SONG | | |
| 4 | Life | EXPLICIT | 2:42 | Naledge (Kidz in t | ○ | Naledge Is Power | | $0.99 BUY SONG | | |
| 5 | S**t That I Wrote | EXPLICIT | 1:57 | Naledge (Kidz in t | ○ | Naledge Is Power | | $0.99 BUY SONG | | |
| 6 | Therapy | EXPLICIT | 1:42 | Naledge (Kidz in t | ○ | Naledge Is Power | | $0.99 BUY SONG | | |
| 7 | Happy Hour | EXPLICIT | 1:50 | Naledge (Kidz in t | ○ | Naledge Is Power | | $0.99 BUY SONG | | |
| 8 | Hear That S**t | EXPLICIT | 3:36 | Naledge (Kidz in t | ○ | Naledge Is Power | | $0.99 BUY SONG | | |

+  ⟲  ↻  ⊡                                              8 songs                                          ⊙  ⚏

Rewkus 50 Download Links | Rewkus Network  Windows Internet Explorer


EXHIBIT D-3



EXHIBIT D-4



$8.50

# MPM

## NALEDGE
## "WILL RAP FOR FOOD"

MAVER-MOUTH P CORLA

THIS SIDE CLOTHES HOES N LIQUOR
1 CLEAN
2 DIRTY
3 INSTRUMENTAL

PICTURE SIDE WHEEL / FALL OFF
1 CLEAN
2 DIRTY
3 INSTRUMENTAL

33RPM
MPM 0520
A



$10.97

UGHH.com

LP

EXHIBIT D-6



EXHIBIT E-1

Hello. Sign in to get personalized recommendations  New customer? Start here

Get schooled in college essentials
Sponsored by Microsoft

Your Amazon.com        Today's Deals       Gifts & Wish Lists       Gift Cards

Your Account    Help

MP3 Downloads

MP3 Downloads      Getting Started      Top Downloads      New & Future Releases      Install The MP3 Downloader      Amazon MP3 Support      Music CDs



DYNAS

See larger image

Share your own customer images

## Rawkus 50 Presents Me, Myself & Rhymes [Explicit]
by Dynas

Price: **$8.99**
Album Savings: $6.85 compared to buying all songs

No customer reviews yet. Be the first.

Original Release Date: November 27, 2007

Format: MP3, 256 kbps What's this?

**PEPSI STUFF** Every Sip Gets You Closer™
This product and thousands more are available with Pepsi Points.
> Learn more
Items redeemed with Pepsi Points are provided by Pepsi Promotions Inc.

🎵 **Buy MP3 album with 1-Click⁺**

💳 Redeem a gift card or promotion code

Requires Amazon MP3 Downloader

**Amazon MP3 Downloader**
Make downloading songs even easier with this tiny application. Get it free

### MP3 Songs

| | Song Title | Time | Price | | Pepsi Points |
|---|---|---|---|---|---|
| ▶ | 1. The Stick Up [Explicit] | 2:14 | $0.99 | Buy MP3 | Get for 5 pts |
| ▶ | 2. Me, Myself & Rhymes [Explicit] | 3:34 | $0.99 | Buy MP3 | Get for 5 pts |
| ▶ | 3. Yeah!!! [Explicit] | 3:10 | $0.99 | Buy MP3 | Get for 5 pts |
| ▶ | 4. True Dat. Feat. Opio [Explicit] | 3:47 | $0.99 | Buy MP3 | Get for 5 pts |
| ▶ | 5. Figure It Out prod. by Nicolay [Explicit] | 4:17 | $0.99 | Buy MP3 | Get for 5 pts |
| ▶ | 6. Run Away feat. Ozy & Akir [Explicit] | 4:30 | $0.99 | Buy MP3 | Get for 5 pts |
| ▶ | 7. Saturday [Explicit] | 4:14 | $0.99 | Buy MP3 | Get for 5 pts |
| ▶ | 8. Worldwide [Explicit] | 4:55 | $0.99 | Buy MP3 | Get for 5 pts |
| ▶ | 9. Mary Jane [Explicit] | 3:30 | $0.99 | Buy MP3 | Get for 5 pts |
| ▶ | 10. The Main Attraction [Explicit] | 4:38 | $0.99 | Buy MP3 | Get for 5 pts |
| ▶ | 11. Watch Out feat.GBCees (Wiz, Wyze & Speaque Eazie) [Explicit] | 3:36 | $0.99 | Buy MP3 | Get for 5 pts |
| ▶ | 12. Overcome [Explicit] | 5:19 | $0.99 | Buy MP3 | Get for 5 pts |
| ▶ | 13. Trun It Up [Explicit] | 3:36 | $0.99 | Buy MP3 | Get for 5 pts |
| ▶ | 14. Blame Game [Explicit] | 4:10 | $0.99 | Buy MP3 | Get for 5 pts |
| ▶ | 15. Flows & Dough feat. Dejah & Garcia [Explicit] | 4:15 | $0.99 | Buy MP3 | Get for 5 pts |
| ▶ | 16. The Arrival [Explicit] | 4:06 | $0.99 | Buy MP3 | Get for 5 pts |

Sold by Amazon Digital Services, Inc. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** November 27, 2007

**Label:** Rawkus 50

**Copyright:** 2007 Rawkus 50

**Genres:** Rap & Hip-Hop, Rap & Hip-Hop/General

**Format:** Explicit Lyrics

**ASIN:** B000YK275C

**Average Customer Review:** No customer reviews yet. Be the first.

**Amazon.com Sales Rank:** #82,667 in MP3 Albums (See Bestsellers in MP3 Albums)

EXHIBIT E-2





Home > Music > Wale Oyejide is Science Fiction > Walls Don't Exist

Not Connected



# Walls Don't Exist
Wale Oyejide is Science Fiction

$17.99

(0 ratings, 0.0 average)

Released: May, 20, 2003
Genre: New Age
Label: Aljera Music
Tracks: 20
Reviews: 0

We're Compatible

Log In

Please log in to learn more about your account.

Shopping List

[Your list is empty]

- Other Albums:

This artist does not have any other albums available.

Recently Viewed

- Walls Don't Exist
  Wale Oyejide is Science Fiction

[Clear]

Recent Searches

[Clear]

## ~ Track Listing:

| # | Clip | Song | Time | Download |
|---|------|------|------|----------|
| 1 | | Like Metal Hands With Papers Scissors (Part 2) | 3:31 | $0.99 |
| 2 | | ...Ever After | 4:31 | $0.99 |
| 3 | | Hold On | 4:11 | $0.99 |
| 4 | | This Is Where I Landed When I Fell For You | 3:51 | $0.99 |
| 5 | | I Sat By The Phone At Nights & Waited For My Dreams To Call | 4:56 | $0.99 |
| 6 | | Let Go | 5:16 | $0.99 |
| 7 | | Live From WSCFI | 1:26 | $0.99 |
| 8 | | Beneath The Ice & Still Breathing | 3:17 | $0.99 |
| 9 | | Christine | 4:50 | $0.99 |
| 10 | | Last Draft Of A Love Letter | 3:33 | $0.99 |
| 11 | | Love Is A Cigarette In Gasoline Hands | 4:26 | $0.99 |
| 12 | | Losing You Is What Drowning Feels Like | 6:13 | $0.99 |
| 13 | | Je Reve De Vous, Et Je Me Reveille En Pleurs | 6:17 | $0.99 |
| 14 | | Carousel | 3:45 | $0.99 |
| 15 | | The Sunshine | 5:53 | $0.99 |
| 16 | | All Is Not Lost | 12:59 | ? |
| 17 | | Hold On Too (featuring MF DOOM (Digital-only Bonus Track) | 4:40 | $0.99 |
| 18 | | Hold On (Nicolay remix (Digital-only Bonus Track) | 6:06 | $0.99 |
| 19 | | Only For You (Digital-only Bonus Track) | 3:26 | $0.99 |
| 20 | | Like Metal Hands (Part1) (Digital-only Bonus Track) | 4:53 | $0.99 |

~ Member Reviews:

write a review

EXHIBIT F-2