AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

JOHN KLEMMER dba REMOHJ MUSIC )
)
)
)
Plaintiff )
v. )   Civil Action No.
JABARI EVANS pka NALEDGE, an Individual, )
RAWKUS ENTERTAINMENT, LLC, a Florida )   C08-03732 JCS
Limited Liability Company, MAJOR LEAGUE ... )
(see attached) )
Defendant )

**Summons in a Civil Action**

To: The above-named Defendants

*(Defendant's name)*

A lawsuit has been filed against you.

    Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Alan Korn
Law Office of Alan Korn
1840 Woolsey Street
Berkeley, California 94703
Ph. (510) 548-7300
Fax (510) 540-4821

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                               Richard W. Wieking
                                                                            Name of clerk of court

Date: <u>AUG - 5</u>                                                     CYNTHIA LENAHAN
                                                                            Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# EXHIBIT A

## DEFENDANTS

JABARI EVANS pka NALEDGE, an Individual, RAWKUS ENTERTAINMENT, LLC, a Florida Limited Liability Company, MAJOR LEAGUE ENTERTAINMENT N.Y.C., INC., a New York Corporation, ANTHONY THEODORE pka DYNAS, an Individual, WALLY OYEJIDE pka SCIENCE FICTION, an Individual and ALJERA MUSIC, INC., a Georgia Corporation.

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                                                              Server's signature

                                                               Printed name and title

                                                               Server's address