ALAN KORN, SBN 167933
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, California 94703
Ph. (510) 548-7300
Fax: (510) 540-4821

Attorneys for Plaintiff
John Klemmer dba Remohj Music

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KLEMMER dba REMOHJ MUSIC<br><br>Plaintiff,<br><br>v.<br><br>JABARI EVANS pka NALEDGE, an Individual, RAWKUS ENTERTAINMENT, LLC, a Florida Limited Liability Company, MAJOR LEAGUE ENTERTAINMENT N.Y.C., INC., a New York Corporation, ANTHONY THEODORE pka DYNAS, an Individual, WALLY OYEJIDE pka SCIENCE FICTION, an Individual and ALJERA MUSIC, INC., a Georgia Corporation,<br><br>Defendants. | Case No. C-08-03732 JCS<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |

### CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///

///

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – PAGE 1

1  August 5, 2008

                                                          LAW OFFICE OF ALAN KORN

                                                          */s/ Alan Korn*

                                                          Alan Korn, Attorney at Law
                                                          Attorney for Plaintiff John Klemmer dba
                                                          Remohj Music

## PROOF OF SERVICE

I, Alan Korn, declare as follows:

I am employed by Law Office of Alan Korn in Alameda County, California. I am over the age of eighteen (18) years; my business and employment address is 1840 Woolsey Street, Berkeley, California 94703.

On August 5, 2008, I served a true copy of the following:

**CERTIFICATION OF INTERESTED ENTITITES OR PERSONS PURSUANT TO CIVIL L.R. 3-16**

on the parties listed below in this action by causing them to be mailed via U.S. Mail, postage prepaid, to the addressees at the following address:

| | |
|---|---|
| Jabari Evans<br>c/o Major League Entertainment N.Y.C. Inc.<br>14th Floor<br>263 West 38th Street<br>New York, NY  10018-0021 | for Defendant Jabari Evans |
| Major League Entertainment N.Y.C. Inc.<br>14th Floor<br>263 West 38th Street<br>New York, NY  10018-0021 | for Defendant Major League Entertainment N.Y.C. Inc. |
| Jarret Myer<br>208 Jefferson Ave.<br>111<br>Miami, FL  33139 | for Defendant Rawkus Entertainment, LLC |
| Chris Craft<br>9 Eureka Terrace<br>Newnan, GA  30263 | for Defendant Aljera Music, Inc. |
| Wally Oyejide<br>2716 Wardlake Court<br>Ellenwood, GA  30294 | for Defendant Wally Oyejide |

| | | |
|---|---|---|
| 1 | Anthony Theodore | for Defendant Anthony |
| 2 | 3841 NW 84th Avenue<br>2-G | Theodore |
| 3 | Sunrise, FL 33351 | |

I declare under penalty of perjury of the law of the State of California that the foregoing is true and correct. Executed on August 5, 2008, at Berkeley, California.

_____
Alan Korn

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – PAGE 4